John T. ROWLAND, Petitioner, v. COM-MISSIONER OF INTERNAL REVE-NUE, Respondent (two cases).

Nos. 7317, 7318.

Circuit Court of Appeals, Third Circuit.

Nov. 20, 1940.

Carey & Lane, of Jersey City, N. J. (Robert Carey and Harry Lane, both of Jersey City, N. J., of counsel), for petitioner.

Edward H. Hammond, Sp. Asst. to Atty. Gen., Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Berryman Green, Sp. Assts. to Atty. Gen., for respondent.

Before MARIS, CLARK, and JONES, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals, 40 B.T.A. 11, is affirmed upon the authority of Metcalf & Eddy v. Mitchell, 269 U.S. 514, 46 S.Ct. 172, 70 L.Ed. 384; Ewart v. Commissioner of Internal Revenue, 3 Cir., 98 F.2d 649; and Commissioner of Internal Revenue v. Emerson, 3 Cir., 98 F.2d 650, certiorari denied 305 U.S. 642, 59 S.Ct. 145, 83 L.Ed. 414.

UNITED STATES of America, Plaintiff-Appellee, v. Joseph SCIORTINO, Antonio Santagate and Joseph Brancolino, Defendants-Appellants, and Julius Tingets et al., Defendants.

No. 37.

Circuit Court of Appeals, Second Circuit.

Nov. 12, 1940.

William I. Cohen, of New York City, for appellant Joseph Sciortino.

Salvator P. Genuario, of Bridgeport, Conn., for appellants Joseph Brancolino and Antonio Santagate.

Robert P. Butler, U. S. Atty., and Valentine J. Sacco, Asst. U. S. Atty., both of Hartford, Conn., for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges

PER CURIAM.

Judgments affirmed.